■ In the Matter of EDMUND FITZGERALD, Appellant, against LOTT H. WELLS, as Surrogate of St. Lawrence County, et al., Respondents.— Motion for

reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.